# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3167

_____

Harlan L. Jacobsen, Editor/Publisher    *
of Solo RFD and Single Scene,    *
   *
       Appellant,    *
   *    Appeal from the United States
      v.    *    District Court for the
   *    Northern District of Iowa.
Darrel Rensink, Director of IA DOT;    *      [UNPUBLISHED]
William Zitterich, Director of    *
Maintenance Services of IA DOT,    *
   *
       Appellees.    *

_____

Submitted: June 2, 1999

Filed: June 8, 1999

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BEAM, Circuit
Judges.

_____

PER CURIAM.

Harlan L. Jacobsen appeals the district court's[1] grant of summary judgment to
defendants in his 42 U.S.C. § 1983 action. We dismiss the appeal for lack of appellate

_____

[1]The Honorable Paul A. Zoss, United States Magistrate Judge for the Northern
District of Iowa, to whom this case was referred for final disposition by consent of the
parties pursuant to 28 U.S.C. § 636(c).

jurisdiction because Jacobsen's notice of appeal was untimely filed. <u>See</u> Fed. R. App. P. 4(a)(1), 4(d), 26.

Accordingly, the appeal is dismissed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.